# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DEMARIO DAVIS**                                                                                             **PLAINTIFF**

**v.**                                   **Case No. 3:20-cv-00044-LPR**

**MARTY BOYD,** *et al.*                                                                 **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on April 3, 2020, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 3rd day of April 2020.

                                                                                                   _____
                                                                                     UNITED STATES DISTRICT JUDGE